

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00582-CV

**IN THE INTEREST OF R.F. JR.,**

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 15-07-00262CVF-A
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is granted. We order appellant's brief due December 11, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court